UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA A. BAUGHER,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF RICHLAND, WASHINGTON,<br><br>                Defendant. | NO: CV-13-5109-RMP<br><br>ORDER DISMISSING CASE |

**BEFORE** the Court is the parties' Joint Motion to Dismiss, ECF No 4. Having reviewed said motion and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Joint Motion to Dismiss, **ECF No. 4**, is **GRANTED**. Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, **CLOSE THE FILE**, and provide copies to counsel.

**DATED** this 10th day of October 2013.

                                       *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                              Chief United States District Court Judge